(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>EASTERN   District of   CALIFORNIA | Voluntary Petition |
|---|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Barnes, David Gene | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>NONE | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all):   9009 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2824 Normington Dr<br>Sacramento, CA. 95833 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Sacramento | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>16239 West Post Drive<br>Surprise, AZ   85387 | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above): NOT APPLICABLE

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☒ Individual(s)    ☐ Railroad
☐ Corporation    ☐ Stockbroker
☐ Partnership    ☐ Commodity Broker
☐ Other_____    ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☒ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Fo

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

```
05-37911-B-7
DEBTOR: DAVID BARNES
DEBTOR's ATTY: G. SMITH
JUDGE: HON. T. HOLMAN
TRUSTEE: P. DHAWAN
341 MEETING (Tentative Setting):
  11/08/2005, 02:00PM - usb
Official meeting notice to be mailed
CHAPTER: 7  COUNTY: SACRAMENTO

FILED 10/13/05 - 2:14 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
RECEIPT NO: 2-5-02305G $209 sbes
```

(Official Form 1) (12/03)      FORM B1, Page 2 USBC, EDCA (Rev. 12/03)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**David Gene Barnes** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Gregory J. Smith    #114576
Printed Name of Attorney for Debtor(s)    Bar ID Number
Law Office of Gregory J. Smith
Firm Name
109 Darling Way
Address
Roseville, CA 95678

(916) 489-9799
Telephone Number

*10-12-05*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____   *10-12-05*
Signature of Attorney for Debtor(s)     Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☐   No.

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

In re  *David Gene Barnes*

                                        Case No.
                                        Chapter 7
                                   / Debtor

Attorney for Debtor: Gregory J. Smith

**SUMMARY OF SCHEDULES**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $ 0.00 | | |
| B – Personal Property | Yes | 3 | $ 3,610.00 | | |
| C – Property Claimed As Exempt | Yes | 2 | | | |
| D – Creditor Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 25,905.74 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,000.00 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,960.00 |

Total Number of sheets in ALL Schedules >  14

Total Assets > $  3,610.00

Total Liabilities > $  25,905.74

In re: *David Gene Barnes* _____ / Debtor          Case No.

**SCHEDULE A — REAL PROPERTY**

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| NONE | | | Total $ 0.00 | |

In re: *David Gene Barnes* _____ / Debtor      Case No.

## SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand. *Cash* | | | $ 100 |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. *First Bank  201 Vernon Street  Roseville, CA  95678 Checking #2416123841* | | | $ 100 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. *SMUD  PO Box 15555  Sacramento, CA  95852 (Utility)* | | | $ 100 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. *Couch* | | | $ 50 |
| *TV* | | | $ 200 |
| *Computer/Printer* | | | $ 300 |
| *Stereo VCR* | | | $ 200 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. [x] NONE | | | |
| 6. Wearing apparel. *Clothing for 1* | | | $ 150 |
| 7. Furs and jewelry. *Watch* | | | $ 10 |
| 8. Firearms and sports, photographic, and other hobby equipment. *Camera* | | | $ 100 |
| 9. Interests in insurance policies. [x] NONE | | | |
| 10. Annuities. [x] NONE | | | |

In re: *David Gene Barnes* _____ / Debtor    Case No.

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.
    [x] NONE

12. Stock and interests in incorporated and unincorporated businesses.
    [x] NONE

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

22. Licenses, franchises, and other general intangibles.
    [x] NONE

In re: *David Gene Barnes* _____ / Debtor      Case No.

## SCHEDULE B — PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. *1995 Chevy Camaro  Lic #3MQR562  Vin #2G1FP22S0S2202153 Mileage: 195,000    (Full Equity)* | | | $ 2,200 |
| 24. Boats, motors, and accessories. [x] NONE | | | |
| 25. Aircraft and accessories. [x] NONE | | | |
| 26. Office equipment, furnishings, and supplies. *Desk and Chair* | | | $ 50 |
| 27. Machinery, fixtures, equipment, and supplies used in business. [x] NONE | | | |
| 28. Inventory. [x] NONE | | | |
| 29. Animals. [x] NONE | | | |
| 30. Crops - growing or harvested. [x] NONE | | | |
| 31. Farming equipment and implements. [x] NONE | | | |
| 32. Farm supplies, chemicals, and feed. [x] NONE | | | |
| 33. Other personal property of any kind not already listed. *Deceased Fathers Ring* | | | $ 50 |
| | | Total | $ 3,610 |

In re: _David Gene Barnes_ _____ / Debtor     Case No. _____

## SCHEDULE C — PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(2): Exemptions available under applicable nonbankruptcy
                        federal laws, and state or local laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Cash on hand** | | | |
| _Cash_ | | | $ 100 |
| | Calif. C.C.P. S704.070 | $ 100 | |
| **Deposits of money with banks, etc** | | | |
| _First Bank   201 Vernon Street   Roseville, CA   95678_ | | | $ 100 |
| _Checking #2416123841_ | | | |
| | Calif. C.C.P. S704.070 | $ 100 | |
| **Security deposits with public utilities, landlords, etc.** | | | |
| _SMUD   PO Box 15555   Sacramento, CA   95852_ | | | $ 100 |
| _(Utility)_ | | | |
| | Calif. C.C.P. | $ 100 | |
| **Household goods and furnishings** | | | |
| _Couch_ | | | $ 50 |
| | Calif. C.C.P. S704.020 | $ 50 | |
| _TV_ | | | $ 200 |
| | Calif. C.C.P. S704.020 | $ 200 | |
| _Computer/Printer_ | | | $ 300 |
| | Calif. C.C.P. S704.020 | $ 300 | |
| _Stereo VCR_ | | | $ 200 |
| | Calif. C.C.P. S704.020 | $ 200 | |
| **Wearing apparel** | | | |
| _Clothing for 1_ | | | $ 150 |
| | Calif. C.C.P. S704.020 | $ 150 | |
| **Furs and jewelry** | | | |
| _Watch_ | | | $ 10 |
| | Calif. C.C.P. S704.040 | $ 10 | |
| **Firearms, and sports, photographic, and other hobby equipment** | | | |
| _Camera_ | | | $ 100 |
| | Calif. C.C.P. S704.020 | $ 100 | |

In re: *David Gene Barnes* _____ / Debtor      Case No.

## SCHEDULE C — PROPERTY CLAIMED EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Automobiles, trucks, trailers, etc, and accessories** | | | |
| 1995 Chevy Camaro  Lic #3MQR562  Vin #2G1FP22S0S2202153 | | | $ 2,200 |
| *Mileage: 195,000*   (Full Equity)   Calif. C.C.P. S704.010 | | $ 2,200 | |
| **Office equipment, furnishings, and supplies** | | | |
| *Desk and Chair* | | | $ 50 |
| Calif. C.C.P. S704.020 | | $ 50 | |
| **Any other personal property** | | | |
| *Deceased Fathers Ring* | | | $ 50 |
| Calif. C.C.P. S704.040 | | $ 50 | |

Schedule C — page 2 of 2

In re: *David Gene Barnes* _____ / Debtor.      Case No. _____

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| Creditor Name and Address | Date,<br>Nature of Lien,<br>Description & Value | Claim Amount | Unsecured<br>Portion<br>and Notes* |
| --- | --- | --- | --- |

[X] Debtor has no creditors holding secured claims to report on this Schedule D.

No continuation sheets attached

In re: *David Gene Barnes* _____/ Debtor     Case No.

## SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. S507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

In re: *David Gene Barnes* _____ / Debtor    Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 1. | Account No. 563809009 All the Best Video 5905 Clark Road Paradise, CA 95969 | 2000 Collection | $ 165.00 |
| 2. | Account No. Unknown Capital One Services PO Box 60000 Seattle, WA 98190-6000 | 02-12-02 Credit Card | $ 1,155.00 |
| 3. | Account No. 412174205225 Capital One Services PO Box 60000 Seattle, WA 98190-6000 | 07-25-98 Credit Card | $ 1,103.00 |
| | Global Vantedge Inc   Representing: Capital One Services PO Box 945 Brookfield, WI 53008 | | |
| 4. | Account No. 518720205225 Capital One Services PO Box 60000 Seattle, WA 98190-6000 | 12-29-00 Credit Card | $ 678.00 |
| | Ccb Credit   Representing: Capital One Services 5300 South 6th Street Springfield, IL 62703 | | |
| 5. | Account No. 2416123841 First Bank 201 Vernon Street Roseville, CA 95678 | 2000 Credit Card | $ 613.74 |
| 6. | Account No. 8507072718 Household Bank Credit Card Services PO Box 60102 City of Industry, CA 91716 | 03-24-04 Credit Card | $ 1,536.00 |

1 continuation sheet attached                    Subtotal:    $ 5,250.74

In re: *David Gene Barnes* _____ / Debtor      Case No.

### SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 7. | Account No. 540791500198<br>Household Bank<br>Credit Card Services<br>PO Box 60102<br>City of Industry, CA  91716 | 02-14-00<br>Credit Card | $ 1,462.00 |
| 8. | Account No. 1784629<br>Marine One Acceptance<br>5000 Quroum Drive #200<br>Dallas, TX  75254<br><br>Commercial Recovery System   Representing: Marine One Acceptance<br>C/O Robert Nielson<br>9298 Central Avenue NE #310<br>Blaine, MN  55434 | 06-08-00<br>RV | $ 5,703.00 |
| 9. | Account No. 563809009<br>Melissa Atteberry Law Offices<br>30 Constitution Drive #100<br>Chico, CA  95973 | 2000<br>Legal Fees | $ 680.00 |
| 10. | Account No. 27757701<br>Travis Credit Union<br>PO Box 150<br>Fairfield, CA  94533 | 04-00<br>Auto Loan | $ 5,735.00 |
| 11. | Account No. 00339914<br>Travis Credit Union Collection<br>PO Box 150<br>Fairfield, CA  94533<br><br>Cb Associates   Representing: Travis Credit Union Collection<br>PO Box 150<br>Fairfield, CA  94533 | 02-18-03<br>Auto Loan | $ 7,075.00 |

Sheet no. 1 of 1                                           Subtotal:    $ 20,655.00
                                                                Total:    $ 25,905.74

In re: *David Gene Barnes* _____ / Debtor     Case No.

## SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
|---|---|
| Tracy Egeness<br>7976 Cavalli Way<br>Fair Oaks, CA  95628 | Contract type: Residential lease<br>Terms: 1 Year<br>Debtor's Interest: Lessor<br>Description: Rental Home Lease<br>Buyout Option: No |

In re: *David Gene Barnes* _____ / Debtor     Case No.

## SCHEDULE H — CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

[X] Debtor has no codebtors.

In re: *David Gene Barnes* _____ / Debtor     Case No.

## SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Separated*

DEPENDENTS OF DEBTOR AND SPOUSE: None

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | Sales | |
| Name of Employer: | Copper State Communications | |
| How Long Employed: | 2 Months | |
| Employer Address: | | |
| | Phoenix, AZ | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: | | | |
| Current monthly gross wages, salary, and commissions | | $ 6,000.00 | $ |
| Estimated monthly overtime | | $ 0.00 | $ |
| | SUBTOTAL | $ 6,000.00 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ |
| b. Insurance | | $ 0.00 | $ |
| c. Union dues | | $ 0.00 | $ |
| d. Other: | | $ 0.00 | $ |
| | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| | TOTAL NET MONTHLY TAKE HOME PAY | $ 6,000.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ |
| Income from real property | | $ 0.00 | $ |
| Interest and dividends | | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ |
| Social security or other government assistance | | $ 0.00 | $ |
| Pension or retirement income | | $ 0.00 | $ |
| Other monthly income | | $ 0.00 | $ |
| | TOTAL MONTHLY INCOME | $ 6,000.00 | $ |
| TOTAL COMBINED MONTHLY INCOME | | $ 6,000.00 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
  Contract with Employer to Expire in 2 Months. Income will be
  Reduced by 50%

In re: *David Gene Barnes* _____ / Debtor      Case No. ___

### SCHEDULE J–CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
    household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,000.00 |
| Are real estate taxes included?    Yes___    No x | |
| Is property insurance included?    Yes___    No x | |
| Utilities: Electricity and heating fuel | $ 270.00 |
|       Water and sewer | $ 60.00 |
|       Telephone | $ 125.00 |
|       Other Cable | $ 70.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 350.00 |
| Clothing | $ 80.00 |
| Laundry and Dry cleaning | $ 50.00 |
| Medical and Dental expenses | $ 80.00 |
| Transportation (not including car payments) | $ 500.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 200.00 |
| Charitable contributions | $ 5.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|       Homeowner's or renter's | $ 0.00 |
|       Life | $ 0.00 |
|       Health | $ 0.00 |
|       Auto | $ 70.00 |
|       Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | |
|       Taxes | $ 1,500.00 |
| Installment payments: | |
|       Auto | $ 0.00 |
|       Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 600.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement) | $ 0.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 4,960.00 |

In re: *David Gene Barnes* _____ / Debtor     Case No.

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

     I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 15 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    10/05/05      Signature _____

                             *David Gene Barnes, Debtor*

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

In re  *David Gene Barnes*                    Case No.
                                              Chapter 7
_____/ Debtor

Attorney for Debtor: Gregory J. Smith

**STATEMENT OF FINANCIAL AFFAIRS**

1. Income from Employment or Operation of Business.

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

        Income, year to date: *$33,000.00*
                   Last year: *$37,702.00*
                 Year before: *$43,380.00*
                   Source(s): *Employment*

        _____

2. Income other than from Employment or Operation of Business.

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

    [X] None

        _____

3. Payments to Creditors.

    a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

    [X] None

        _____

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

---

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

[X] None

---

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

---

5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

        Creditor/seller: *Travis Federal Credit Union*
                Address: *PO Box 150  Fairfield, CA  94533*
                   Date: *2003*
   Property description: *Ford F350 Truck*
                  Value: *$7,075.00*

        Creditor/seller: *Marine One*
                Address: *5000 Quroum Drive #200  Dallas, TX  75254*
                   Date: *2003*
   Property description: *RV*
                  Value: *$5,703.00*

---

## 6. Assignments and Receiverships.

  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

  [X] None

---

  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

  [X] None

---

## 7. Gifts.

  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

  [X] None

---

## 8. Losses.

  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

  [X] None

---

## 9. Payments Related to Debt Counseling or Bankruptcy.

  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

     Payee: *Gregory J. Smith*
    Address: *109 Darling Way*
     Addr2: *Roseville, CA 95678*
  Date of payment: *11-09-04*
     Payor: *David Gene Barnes*
  Payment/Value: *$ 550.00*

---

## 10. Other Transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

[X] None

---

## 11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

Institution: *Wells Fargo*
Address: *1899 Marina Blvd  San Leandro, CA  94577*
Type of account: *Checking/Savings*
Account #: *0311407704*
Final balance: *-$1,044.34*
Date of closing: *11-05-04*

---

## 12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

[X] None

---

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

---

## 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

---

## 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

Address: *1569D Pheasant Ridge Drive  Paradise, CA  95969*
Name(s) used: *David Barnes*
Dates: *05-03 to 07-04*

Address: *640 Sherwood Drive  Gilroy, CA  95020*
Name(s) used: *David Barnes*
Dates: *01-01 to 03-03*

---

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environemntal Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceding, and the docket number.

☒ NONE

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or moreof the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: Business Address:* | *TaxPayer ID:* | | |

b. Identify any business listed in response to subdivion a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Name:<br>Address: | Dates: |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Name:<br>Address: | Dates: |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

Name:
Address:
Missing:

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two year immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATES ISSUED |
|---|---|
| Name:<br>Address: | Dates: |

## 20. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

---

## 22. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

---

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

---

## 23. Withdrawals from a partnership or distribution by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

---

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

---

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date __10|05|05__     Signature _____
David Gene Barnes

Date _____     Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and § 3571

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

In re  *David Gene Barnes*                                    Case No.
                                                             Chapter 7
_____ / Debtor
Attorney for Debtor: Gregory J. Smith

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. Property to be Surrendered

Description of Property                Creditor's Name

    NONE


b. Property to be Retained

Description of Property                Creditor's Name                    Intention

    NONE


**Signature of Debtor(s)**

Debtor: *David Gene Barnes*

Date:  10/05/05

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| 10/05/05 | | |
|---|---|---|
| Date | Signature of Debtor | Case Number |

Debtor Copy / Court Copy
(B 201 Rev 1/95)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re                                                    Case No.
                                                         Chapter 7
_____David Gene Barnes_____/ Debtor
Attorney for Debtor: Gregory J. Smith

PETITIONER'S AFFIDAVIT

Petitioner has not had a case pending under Title 11 at any time in
the preceding 180 days where:

1) the case was dismissed by the Court for willful failure
   of the debtor to abide by orders of the Court, or to
   appear before the Court in proper prosecution of the
   case; or

2) the petitioner requested and obtained the voluntary
   dismissal of the case following the filing of a request
   for relief from the automatic stay provided by
   Section 362 of Title 11.

Under penalty of perjury, I declare I have read this statement and
to the best of my knowledge and belief it is true.

Dated:     10/05/05_____

                              _____
                                  Signature of Petitioner

                              _____
                                  Signature of Joint Petitioner

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

In re *David Gene Barnes*                                    Case No.
                                                             Chapter 7
_____ / Debtor

Attorney for Debtor: Gregory J. Smith

**STATEMENT Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:
1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
    a) For legal services rendered, or to be rendered in contemplation of
       and in connection with this case . . . . . . . . . . . . . . . . .   $ 550.00
    b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . .   550.00
    c) Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . .     0.00

3.  The Filing Fee *has been paid*.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the
        debtor(s) in determining whether to file a petition under Title 11, U.S.C.
    b)  Preparation and filing of the petition, schedules, statement of affairs and other
        documents required by the court.
    c)  Representation of the debtor(s) at the first meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings,
    wages and compensation for services performed, and
        *none other*.

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid
    balance remaining, if any, will be from earnings, wages and compensation for services
    performed, and *none other*.

7.  The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:
        *None*.

8.  The undersigned has not shared or agreed to share with any other entity, other than
    with members of the undersigned's law firm, any compensation paid or to be paid except
    as follows: *None*.

Dated: *10-12-05*                              Respectfully submitted,

                         Attorney for Petitioner: *Gregory J. Smith*
                                                  *Law Office of Gregory J. Smith*
                                                  *109 Darling Way*
                                                  *Roseville, CA 95678*

All the Best Video
5905 Clark Road
Paradise, CA   95969


Capital One Services
PO Box 60000
Seattle, WA   98190-6000


Cb Associates
PO Box 150
Fairfield, CA   94533


Ccb Credit
5300 South 6th Street
Springfield, IL   62703


Commercial Recovery System
C/O Robert Nielson
9298 Central Avenue NE #310
Blaine, MN   55434


First Bank
201 Vernon Street
Roseville, CA   95678


Global Vantedge Inc
PO Box 945
Brookfield, WI   53008

Household Bank
Credit Card Services
PO Box 60102
City of Industry, CA   91716


Marine One Acceptance
5000 Quroum Drive #200
Dallas, TX   75254


Melissa Atteberry Law Offices
30 Constitution Drive #100
Chico, CA   95973


Travis Credit Union
PO Box 150
Fairfield, CA   94533


Travis Credit Union Collection
PO Box 150
Fairfield, CA   94533